UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jada-Lloyd Noyan,<br><br>            Plaintiff,<br><br>      v.<br><br>David Ortiz,<br><br>            Defendant | Case No. 25-cv-17794 |

### NOTICE OF MOTION FOR AN ORDER ADMITTING CALI P. MADIA *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the accompanying Application and Declaration of Daniel S. Szalkiewicz, and the Declaration of Cali P Madia, the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) admitting Cali P. Madia to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff Jada-Lloyd Noyan.

Dated: November 20, 2025
       New York, New York

                    Respectfully submitted,

                    /s/Daniel Szalkiewicz
              By:   Daniel S. Szalkiewicz, Esq. (DS2323)
                    Veridian Legal P.C.
                    23 West 73rd Street, Suite 102
                    New York, New York 10023
                    Tel: (212) 706-1007
                    daniel@veridianlegal.com

                    *Attorneys for Plaintiff Jada-Lloyd Noyan*

1