UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jada-Lloyd Noyan,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>David Ortiz,<br><br>　　　　　Defendant. | Case No. 25-cv-17794<br><br>[PROPOSED] ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE |

**THIS MATTER** having been brought before the Court by Plaintiff Jada-Lloyd Noyan, through her attorneys Veridian Legal P.C. upon application for the admission of Cali P. Madia, of Veridian Legal P.C. *pro hac vice* pursuant to Local Rule 101.1(c), defendant, through defendant's counsel, having consented to the entry of such Order, and the Court having considered the matter and good cause show,

　　　　**IT IS ON THIS** _____ day of _____, 2025

　　　　**ORDERED** that the application for *pro hac vice* admission of Cali P. Madia is granted; and

　　　　**IT IS FURTHER ORDERED** that Cali P. Madia shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court;

　　　　**IT IS FURTHER ORDERED** that Daniel Szalkiewicz, of Veridian Legal P.C., shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

2

**IT IS FURTHER ORDERED** that Cali P. Madia shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which she represents the client in this matter; and

**IT IS FURTHER ORDERED** that Cali P. Madia shall pay $250.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1(c)(3).

_____
Hon.